UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.    Case No. 8:17-cr-130-T-33AAS

ERICK OSWALDO PADILLA QUIJIJE,
CARLOS DELIO PADILLA AGRIS, and
ROBINSON CASTILLO SEVILLANO
_____/

**ORDER**

This cause is before the Court pursuant to the Government's Unopposed Motion to Correct Scrivener's Error (Doc. # 24). The Court grants the Motion.

**Discussion**

The March 22, 2017, Indictment names "**Robertson** Castillo Sevillano" as one of the three Defendants. (Doc. # 1). At this juncture, the Government explains that this Defendant's correct name is actually "**Robinson** Castillo Sevillano." The Government indicates that the Indictment and case style should be amended to correct this scrivener's error.

Case law permits the correction of "obvious clerical or typographical errors in the indictment." United States v. Field, 875 F.2d 130, 133 (7th Cir. 1989). "[T]he settled rule in federal courts prohibits substantive amendments, but permits changes in indictments that are merely a matter of

1

form or which correct insignificant clerical errors. . . . An amendment of form and not of substance occurs when the defendant is not misled in any sense, is not subjected to any added burden, and is not otherwise prejudiced." United States v. Kegler, 724 F.2d 190, 195 (D.C. Cir. 1983)(internal citation omitted). Amendments that are merely a matter of form are freely permitted. United States v. Johnson, 741 F.2d 1338, 1340-41 (11th Cir. 1985).

The Motion is unopposed, merely seeks to correct a typographical error, and is a matter of form, not substance. Upon due consideration, the Court grants the Motion. This Court takes the opportunity to remind counsel to carefully evaluate the proper spelling of each Defendant's name. Although it is Defendant Robinson Castillo Sevillano that is discussed in the present Motion and Order. The Court notes that the Government's Motion identifies another Defendant as "Erick Oswaldo Padilla **Quijeje**" but the Indictment refers to that Defendant as "Erick Oswaldo Padilla **Quijije**." The Government should carefully check the spelling of each Defendant's name and correctly identify each Defendant moving forward.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

2

(1) The Government's Unopposed Motion to Correct Scrivener's Error (Doc. # 24) is **GRANTED**.

(2) The Indictment and case caption are hereby **AMENDED** to reflect that the correct spelling of Defendant's name is "Robinson Castillo Sevillano."

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>23rd</u> day of May, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE